IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 19-cv-02910-PAB-NYW

ZACHARIAH ROBERTSON, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

REP PROCESSING, LLC, d/b/a RIMROCK ENERGY PARTNERS,

    Defendant.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the Joint Stipulation of Dismissal [Docket No. 104]. The stipulation states that the parties have stipulated to the dismissal of this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *Id.* at 1.

    The stipulation was not signed by "by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii); *see Anderson-Tully Co. v. Federal Ins. Co.*, 347 F. App'x 171, 176 (6th Cir. 2009) (unpublished) (under Fed. R. Civ. P. 41(a)(1)(A)(ii), "all parties who have appeared" includes both current and former parties). As a result, the stipulation, by itself, does not serve to dismiss this action.

    Nevertheless, the Court, having reviewed the stipulation, finds that dismissal is appropriate. Furthermore, "[u]*nless the notice or stipulation states otherwise*, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B) (emphasis added). Here, the parties have agreed to the dismissal with prejudice. Docket No. 104 at 1. Therefore, upon the filing of the stipulation, this action was dismissed with prejudice as to defendant REP Processing, LLC, d/b/a Rimrock Energy Partners, and thus closes the case.

    DATED March 16, 2022.